UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

7/27/2005

DANIEL MCINTOSH
V.                                               CIVIL ACTION
CHUCK MATTER, C.O.                               NO._____
J. VINCELLI, C.O
SUFFOLK COUNTY SHERIFF'S DEPARTMENT

**COMPLAINT**

05-11689 PBS
*referred to MJ JsDein*

1. DANIEL MCINTOSH, 25 GANNETT TERRACE, SHARON, MASSACHUSETTS 02067 PLAINTIFF

2. CORRECTION OFFICER, CHUCK MATTER, 20 BRADSTON STREET, BOSTON, MASSACHUSETTS 02118 DEFENDANTS

3. CORRECTION OFFICER, J. VINCELLI, 20 BRADSTON STREET, BOSTON, MASSACHUSETTS 02118 DEFENDANT

4. SUFFOLK COUNTY SHERRIFF'S DEPARTMENT, 20 BRADSTON STREET, BOSTON, MASSACHUSETTS 02118 DEFENDANTS

5. REASON FOR FILING, CIVIL RIGHTS, BRUTALITY, THAT CAUSED PHYSICAL HARM

**SHORT,**
ON JUNE 8, 2005, WHILE HANDCUFFED, ON THE FLOOR, I WAS HELD DOWN BY FOUR CORRECTION OFFICERS, WITH THEIR KNEES IN MY BACK. THE ONE CORRECTION OFFICER THAT I COULD RECOGNIZE WAS CHUCK MATTER; HE WAS TRYING TO BREAK MY RIGHT WRIST BY TWISTING IT FOR NO REASON. I LIFTED MY HEAD UP, AND STATED I COULD NOT BREATHE, CHUCK MATTER RESPONDED, "SHUT THE FUCK UP" ETC. J. VINCELLI ASKED DID HE WANT THE BELT HE GOT THE BELT AND STRAPPED IT AROUND MY CHEST AND PULLED IT TIGHT AND THEN HE LOOSENED IT AGAIN AND PULLED IT TIGHTER. I CONSIDER THAT TO BE ASSAULT AND BATTERY WITH A DANGEROUS WEAPON IN AN ATTEMPT TO SEND ME INTO A MASSIVE CORONARY.

                                                          7/27/2005
                                                          DANIEL MCINTOSH
                                                          25 GANNETT TER.
                                                          SHARON. MA 02067
                                                          PRO SE  781-7840569

1

THE RELIEF I AM SEEKING, IF IT IS A CASH SETIALMENT SO BE IT, HOWEVER I AM ALSO SEEKING THAT THE COURT MAKE THE DEFENDANTS BAND AND OR STOP THE USE OF THE BELT, STOP THE BRUTALITY AND PHYSICAL HARM WHILE AN INMATE IS HANDCUFFED AS IT WAS DONE TO ME IN JUNE.

WHEN I ARRIVED AT SUOTH BAY 3/24/2005 I HERD STORYS ABOUT TWO BAD ASS LIEUTENANTS, LT. MELCHIN AND LT. JULIUS, I WITNESSED BOTH LT. VERBALY ABUSE AND THRETIN INMATES ON SEVERAL OCATINOS I ALSO WITNESSED ON JUNE 26 2005/ 3PM SHIFT UNIT 131 MR. ORTEGA CELL 12 BEING ASSUALTED BY THI UNIT CORRECTION OFFICER, THE CO. WAS KIKING THE TRAP ON THE CELL DOOR CLOSED ON ORTEGAS ARMS. I ALSO WITNESSED ON JULY 11/2005 450PM AND /OR 500PM UNIT 191 JIMMY OWEN GETING BEET UP BY ANOTHER INMATE AND THE UNIT OFFICER DID NOT RESPOND UNTILL AFTER; WHEN THEY HANDCUFFED JIMMY OWEN THE COs GOT HIM TO HIS FEET HE WAS NOT RESISTING HE SAID SOMETHING, AND ONE OF THE COs STATED TAKE HIM DOWN THEY SLAMED HIM ON THE FLOOR IBELIEVE HE BUSTED HIS LIP OR HIS EYE I CANT BE SURE I HERD JIMMY OWEN YELLING I CANT BREATH AND THE CORRECTION OFFICER STATED SHUT THE FUCK UP SHOULD HAVE KEPT YOUR MOUTH SHUT.

*[signature]*       7/27/2005
DANIEL MCINTOSH
25 GANNETT TERRACE
SHARON, MA 02067
 PRO SE   781-7840569

2

## MY STATEMENT OF FACTS

THE SITUATION THAT TOOK PLACE ON JUNE 8th,2005 /655PM ON UNITS 41/42 I WENT INTO THE BATHROOM TO WASH MY HANDS, THERE WAS WATER ALL OVER THE FLOOR SOMEONE CAME UP BEHIND ME AND PUNCHED ME, I SLIPPED, AND THE PERSON WHO PUNCHED ME TOOK OFF RUNNING I CHASED HIM CAUGHT HIM BY THE COLLAR OF HIS SHIRT AT THE BATHROOM DOOR CORRECTION OFFICER CHRISTOPHER GILLESPIE WATCHED AND STATED LET HIM GO, CO.GILLESPIE THEN GRABED ME AND BROUGHT ME TO THE FLOOR AND HANDCUFFED ME, HE THEN BROUGHT ME BACK TO MY FEET CALLED FOR BACK UP,WHEN THE BACK UP ARRIVED THEY MOVED ME DOWN THE HALLWAY CLOSER TO THE BATHROOM AND PUT ANOTHER SET OF HANDCUFF ON ME WHEN I ASKED AS TO WHY THEY WERE PUTTING ANOTHER SET OF HANDCUFFS ON ME, I WAS TOLD TO SHUT UP AND DON'T LOOK BACK, CORRECTION OFFICER J.VINCELLI WALKED BY AND STATED I THOUGHT YOU WERE A TOUGH GUY I THEN LOOKED BACK AND STATED YOU DON'T KNOW WHAT YOUR TALKING ABOUT, AT THAT POINT A CORRECTION OFFICER BEHIND ME STATED TAKE HIM DOWN, THEN THEY SLAMMED ME DOWN ON THE FLOOR AND THE CO. CHUCK MATTER HAD MY RIGHT WRIST HE WAS TWISTING IT TO THE POINT I YELLED IN PAIN, THEY PUT THEIR KNEES IN MY BACK I THEN STATED THAT I COULD NOT BREATH. CO. CHUCK MATTER STATED SHUT THE FUCK UP YOU SHOULD HAVE THOUGHT ABOUT THAT BEFORE CAUSING SO MUCH TRUOBLE, I STATED THAT I WAS SORRY THEY STATED TO LATE FOR THAT, SHUT THE FUCK UP 20 MINUTES HAD GONE BY IN THAT POSITION I STATED THAT AGAIN THAT I COULD NOT BREATH, CO. CHUCK MATTER STATED DIDN'T I TELL YOU TO SHUT THE FUCK UP YOU CANT SHUT UP WE'LL SHUT YOU UP. CO J. VINCELLI SAID DO YOU WANT THE BELT, CHUCK MATTER STATED YES, J. VINCELLI RETURN 10 MINUTES LATER WITH A BLACK BELT. CO. CHUCK MATTER TOLD ME LIFT UP THEN HE STRAPPED THE BELT AROUND MY CHEST AND PULLED IT TIGHT AND THEN HE LOOSEND IT JUST TO PULL IT EVEN TIGHTER. A/B DANGEROUS WEAPON. THEIR COPOUT IS THAT I WAS RESISTING, WITH THE BELT STRAPPED AROUND MY CHEST THEY LIFTED ME TO MY FEET 30 TO 40 MINUTES ON THE FLOOR THEY RUSHED ME ACROSS YARD, WHILE ALL THE INMATES WATCHED. AS SOON AS I GOT TO THE HOLE, CORRECTION OFFICER S. PANOES TOOK PICTURES OF MY INJURYS.

DANIEL MCINTOSH
25 GANNETT TER.   7/27/2005
SHARON MASS. 02067
781-784-0569 PRO SE

1

# STATEMENT

      DURING MY TIME AT SOUTH BAY HOUSE OF CORRECTION, I WITNESED VERBAL ABUSE, PHYSICAL ABUSE BY THE CORRECTION OFFICERS, I ALSO STATE THAT THE CORRECTION OFFICERS THAT WORK THERE ARE WORSE THAN THE INMATES THAT ARE SENTENCE TO SERV TIME. I ALSO FINDE THAT IF YOU HAVE A PROBLEM WITH THE WAY CASEWORK IS BEING DONE BY THE INMATE CASEWOKER OR YOU HAVE A PROBLEM WITH YOUR MAIL BEING READ BY STAFF, EVAN THE HURASMENT THAT VISITORS RECEIVE WHEN THAY COME TO VISIT AN INMATE, I SENT COUNTLESS LETTERS INREGARDS TO THE PROBLEMS I MENTIOND ABOVE TO ADMINISTRATIONS SOUPER INTENDENT GERARD HORGAN, DEPUTY SOUPER INTENDENT GERALD WALSH AND GREVENCE CORDINATER LARRY LANSFORD DURING THE MONTHS OF APRIL, MAY AND JUNE 2005 SHORTLY THERE AFTER I WAS BEING CALED A TRUBLE MAKER AND A SNICH, FEDERAL INFORMENT, BY OTHER INMATES AND CORRECTION OFFICERS. ALL THE LETTERS I SENT WAS DENIED PROPER ACTION. YOU ASK YOUR SELF HOW STARTED THOSE RUMORE? I BELIEVE I WAS SET UP TO BE HURT. ALTHOUGH I HAVE A POLICE RECOR AND I WAS DOING TIME FOR A/B DOSE NOT GIVE THE SHERIFFS DEPARTMENT THE RIGHT TO TAKE ADVANTAGE AND USE INMATE TO GET ANOTHER INMATE, SOUTH BAY HOUSE OF CORRETIONS CORRECTION OFFICERS SOME ARE WORSE THEN THE INMATE.

DANIEL MCINTOSH
7/27/2005

1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Daniel McIntosh

**DEFENDANTS** C.O. Chuck Matter, C.O. J. Vincelli, Suffolk County Sheriff Dept

(b) County of Residence of First Listed Plaintiff **Norfolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) **Pro Se**

Attorneys (If Known) **05-11089 PBS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Daniel McIntosh v
C.O. Chuck Matter, C.O. J. Vincelli, Suffolk County Shriff Dept.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   X   II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___ IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

   05-11689

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Daniel M<sup>c</sup>Intosh Pro-Se
ADDRESS  25 Gannett Ter. Sharon Mass 02067
TELEPHONE NO.  781-784-0569

(CategoryForm.wpd -5/2/05)