UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DANIEL MCINTOSH          </u>,
                Plaintiff,

                v.                              Civil Action No.  05-11689-PBS

<u>CHUCK MATTER, et al.          </u>,
                Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☐     The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒     The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

<u>August 18, 2005</u>                            /s/ Patti B. Saris
DATE                                       PATTI B. SARIS
                                            UNITED STATES DISTRICT JUDGE