UNITED STATES DISTRICT COURT
DISTRIC OF MASSACHUSETTS

9/27/05

DANIEL MCINTOSH
V.
CHUCK MATTER
J. VINCELLI
SUFFOLK COUNTY SHERIFF'S DEPT. ANDREA CABRAL

CIVIL ACTION
NO. 550
05-11689PBS

" PLANTIFF'S MOTION FOR APPOINTMENT OF COUNSEL"

AS GROUNDS FOR THIS MOTION, I, DANIEL MCINTOSH , ASK THE COURT TO GRANT THIS MOTION DUE TO THE FACT THAT I HAVE CONTACTED THE MASS. BAR AND SPOKE TO COUNTLESS ATTORNEYS AND THEY WERE ALL RELUCTANT TO TAKE ON A CASE SUCH OF THIS MAGNITUDE.  THEY SAY IT'S HARD GOING UP AGAINST THE SHERIFF'S DEPARTMENT BUT WHEN SITUATIONS TAKE PLACE, SUCH AS THIS, WHEN A FORMER INMATE IS INVOLVED.

I WAS RELEASED A FEW MONTHS AGO AND I HAVE NO INCOME AT THIS TIME, I CANNOT AFFORD AN ATTORNEY'S FEE, HOWEVER I NEED TO BE REPRESENTED BY AN ATTORNEY IN ORDER THAT I MAY BRING THIS SITUATION TO LIGHT PROPERLY.  JUST LIKE I WAS HELD ACCOUNTABLE FOR MY ACTIONS, I STRINGLY BELIVE THE SHERIFF'S DEPARTMENT SHOULD BE HELD ACCOUNTABLE FOR THEIR ACTIONS.

THANK YOU
DANIEL MCINTOSH

**SIGNED UNDER THE PAINS AND PENILTIES OF PERJURY**