UNITED STATES DISTRICT COURT
DISTRIC OF MASSACHUSETTS

9/27/05

DANIEL MCINTOSH      CIVIL ACTION
    V.      NO. 550
CHUCK MATTER      05-11689PBS
J. VINCELLI
SUFFOLK COUNTY SHERIFF'S DEPT.ANDREA CABRAL


" PLANTIFF'S MOTION FOR RESUMMONS"


THE GROUNDS FOR THIS MOTION, THE UNITED STATES MARSHALLS SERVED ALL THREE SUMMONS, AT SUFFOLK COUNTY SHERIFF'S DEPARTMENT, 20 BRADSTON STREET, BOSTON, MA., THE DEFENDENTS' PLACE OF EMPLOYMENT AND WHERE THE ASSAULT TOOK PLACE. THE SERVICE WAS RETURNED AS I STATE,"NOT AT THIS ADDRESS".


THANK YOU
DANIEL MCINTOSH

*[signature]*

**SIGNED UNDER THE PAINS AND PENILTIES OF PERJURY**