UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DANIEL McINTOSH,              )
                              )
        Plaintiff,            )
                              )
        v.                    )   C.A. No. 05-11689-PBS
                              )
CHUCK MATTER, et al.,         )
                              )
        Defendants.           )
                              )
```

ORDER DIRECTING ISSUANCE OF
<u>NEW SUMMONSES AND WAVIER OF SERVICE REQUEST</u>

By Order dated August 18, 2005, I directed the Clerk to issue summonses for the defendants in this action and directed the United States Marshal Service to serve the complaint. On October 4, 2005, plaintiff McIntosh filed a document titled "Plaintiff's Motion for Resummons," in which plaintiff states that the United States Marshals Service was unable to serve the three defendants.

A clerk of this Court contacted General Counsel James Davin of the Suffolk County Sheriff's Department. Attorney Davin indicated that he will comply with a request for waiver of service, <u>see</u> Fed. R. Civ. P. 4(d) (requests for waiver of service), as to defendants Matter and the Suffolk County Sheriff's Department. However, attorney Davin has no information concerning defendant Vincelli. Thus, McIntosh shall be provided with new summons for defendant Vincelli in the event plaintiff can identify, through discovery or otherwise, Vincelli's whereabouts.

CONCLUSION

Accordingly, for the reasons stated above,

(1) the Clerk shall issue new summonses for the defendants;

(2) the Clerk shall serve upon General Counsel Davin the complaint accompanied by requests for waivers of service as to defendants Matter and the Suffolk County Sheriff's Department;

(3) the United States marshal serve a copy of the complaint, summons and this order upon defendant Vincelli as directed by the plaintiff with all costs of service to be advanced by the United States; and

(4) the time limit to effect service upon defendants is enlarged to a date sixty (60) days after the date of this Order.

SO ORDERED.


 September 15, 2006              /s/ Patti B. Saris
DATE                             PATTI B. SARIS
                                 UNITED STATES DISTRICT JUDGE