# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCINTOSH,
        *Plaintiff*

*v.*

CHUCK MATTER, C.O., J. VINCELLI,
C.O., SUFFOLK COUNTY SHERIFF'S
DEPARTMENT
        *Defendant*

DOCKET NO.
05-CV-11689 (PBS)

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants Suffolk County Sheriff's Department and Chuck Matter with respect to claims brought against them by Plaintiff Daniel McIntosh.

Respectfully Submitted,
For Defendants Suffolk County
Sheriff's Dept. and Chuck Matter
By their Attorney

/s/ Timothy V. Dooling_____
Timothy V. Dooling
B.B.O. # 652400
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA  02114
Date:      November 14, 2006          (617) 961- 6651