UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL MCINTOSH,**<br>　*Plaintiff*<br><br>*v.*<br><br>**CHUCK MATTER, C.O., J. VINCELLI, C.O., SUFFOLK COUNTY SHERIFF'S DEPARTMENT**<br>　*Defendant* | **DOCKET NO.**<br>**05-CV-11689 (PBS)** |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT.**

**Now Come** the Defendants, Suffolk County Sheriff's Department and Chuck Matter and respectfully request an extension of time to respond to Plaintiff's Complaint.

As basis therefore, the Defendants submit that good cause exists for their extension request. Specifically, on October 16, 2006 the Defendants' counsel, Timothy V. Dooling, filed a Notice of Appearance in the matter of Carr v. Demoupoulas, et al., United States District Court Civil Action No. 00-CV-10809 (NG). On October 30, 2006 a jury trial commenced in this matter before the Honorable Judge Nancy Gertner. Defendants' counsel anticipates that the trial will conclude on November 15, 2006.

The Defendants' counsel was served with notice of the above captioned claim on or about September 21, 2006. In order to fully investigate the claims being brought, the Defendants are requesting an extension of time for filing responsive pleadings. The Defendants submit that the Plaintiff will not suffer any prejudice by the Court's allowance of this extension request.

In further support of this motion, Defendants submit the enclosed Affidavit of Timothy V. Dooling for the Court's consideration.

**Wherefore,** Defendants request that this Court grant this motion and order that the Defendants response be filed on or before December 18, 2006.

        Respectfully submitted
        Suffolk County Sheriff's Department and
        Chuck Matter,
        By their attorney,

        /s/ Timothy V. Dooling_____
        Timothy V. Dooling, BBO # 652400
        Suffolk County Sheriff's Department
        200 Nashua Street
        Boston, MA 02114
        (617) 961-6651

        November 14, 2006

### Certificate of Counsel Pursuant to Local Rule 7.1

Pursuant to L.R. 7.1(A)(2), I certify that I have attempted to confer in good faith with *pro se* Plaintiff Daniel McIntosh relative to the issue that is the subject of the foregoing motion by leaving several phone messages at his last known phone number (781) 784-0569.

        /s/ Timothy V. Dooling___
        Timothy V. Dooling

### Certificate of Service

I, Timothy V. Dooling, hereby certify that the above Motion filed through the ECF system was mailed to the *pro se* Plaintiff Daniel McIntosh via first class mail, postage prepaid on this 14th day of November, 2006.

        /s/ Timothy V. Dooling___
        Timothy V. Dooling