UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL MCINTOSH,**<br>    *Plaintiff*<br><br>v.<br><br>**CHUCK MATTER, C.O., J. VINCELLI,**<br>**C.O., SUFFOLK COUNTY SHERIFF'S**<br>**DEPARTMENT**<br>    *Defendant* | **DOCKET NO.**<br>**05-CV-11689 (PBS)** |

### AFFIDAVIT OF TIMOTHY V. DOOLING

I, TIMOTHY V. DOOLING, hereby state the following under oath:

1. I am an Assistant General Counsel for the Suffolk County Sheriff's Department located at 200 Nashua Street, Boston, MA.

2. I represent the Defendants Suffolk County Sheriff's Department and Chuck Matter in the above-referenced matter.

3. I filed a Notice of Appearance in the civil action of Carr v. Demoupoulis, et al, Civil Action No. 00-10809-NG. Trial commenced on October 30, 2006 before the Honorable Judge Nancy Gertner. I expect the trial to conclude no later than November 15, 2006.

Signed on this 14th day of November 2006 under the pains and penalties of perjury.

        Respectfully submitted
        Suffolk County Sheriff's Department and
        Chuck Matter,
        By their attorney,

        /s/ Timothy V. Dooling
        Timothy V. Dooling,  BBO # 652400
        Suffolk County Sheriff's Department
        200 Nashua Street
        Boston, MA 02114
        (617) 961-6651

### Certificate of Counsel Pursuant to Local Rule 7.1

Pursuant to L.R. 7.1(A)(2), I certify that I have attempted to confer in good faith with *pro se* Plaintiff Daniel McIntosh in an attempt resolve the issue that is the subject of the accompanying motion by leaving several phone messages at his last known phone number (781) 784-0569 .

/s/ Timothy V. Dooling
Timothy V. Dooling

### Certificate of Service

I, Timothy V. Dooling, hereby certify that above Affidavit filed through the ECF system was served by mailing a copy of same via first class mail, postage prepaid on this 14th day of November 2006.

/s/ Timothy V. Dooling
Timothy V. Dooling