United States District Court, District of Massachusetts

CASE #

11/27/2006
**Daniel McIntosh**
   V.

SUFFOLK COUNTY SHERIFF'S DEPT,
C.O  CHUCK MATTER
C.O J. VINCELLI

06-11689-PBS

## MOTION TO APPOINT COUNSEL

NOW COMES, THE DEFENDANT **DAMIEL MCINTOSH** ACTING ON HIS OWN BEHALF MOVES THAT THIS COURT RESPECTFULLY **APPOINT COUNSEL** FOR THE DEFENSE IN THIS MATTER, IN SUPPORT I STATE THE FOLLOWING.

   Over the past several months, maybe more, I've tried to obtain an attorney through the Mass Bar and other resources, the listing that were obtained the attorneys were subsequently contacted, and oddly enough all of them were reluctant or had heavy case loads and declined to help in my defense. In an attempt to obtain an attorney I have exhausted all resources. So I am asking this honorable court to grant my motion and appoint counsel.

Sincerely,

Daniel McIntosh  Pro Se
25 Gannett Terrace
Sharon, Ma. 02067
781-784-0569
November 27, 2006