UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCINTOSH,<br>    *Plaintiff*<br>*v.*<br><br>CHUCK MATTER, C.O., J. VINCELLI, C.O., SUFFOLK COUNTY SHERIFF'S DEPARTMENT<br>    *Defendant* | **DOCKET NO.**<br>05-CV-11689 (PBS) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned certify that they have conferred with a view to establishing a budget for the cost of conducting the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>For Defendants Suffolk County Sheriff's Dept. and Chuck Matter<br>By their Attorney<br><br>/s/ Timothy V. Dooling_____<br>Timothy V. Dooling<br>B.B.O. # 652400<br>Assistant General Counsel<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA  02114 |
| Date:   February 12, 2007 | (617) 961- 6651 |
|  | Respectfully Submitted<br>For Defendants Suffolk County Sheriff's Dept. and Chuck Matter,<br><br>/s/ Gerard J. Horgan_____<br>Gerard J. Horgan<br>Superintendent<br>Suffolk County Sheriff's Department<br>20 Bradston Street<br>Boston, MA 02118 |
| Date:   February 12, 2007 | (617) 635-1000 |

3