UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCINTOSH,<br>    *Plaintiff*<br><br>*v.*<br><br>CHUCK MATTER, C.O., J. VINCELLI, C.O., SUFFOLK COUNTY SHERIFF'S DEPARTMENT<br>    *Defendant* | **DOCKET NO.**<br>05-CV-11689 (PBS) |

**DEFENDANTS MATTER AND SUFFOLK COUNTY SHERIFF'S DEPARTMENT'S LOCAL RULE 16.1(D) PROPOSED SCHEDULING MANAGEMENT PLAN**

After consultation with the pro se Plaintiff, the parties were unable to agree on a joint statement pursuant to Local Rule 16.1(D). Defendants Matter and Suffolk County Sheriff's Department propose the following Scheduling Management Plan. Plaintiff indicated that he would send a separate correspondence to the Court addressing his issues and concerns regarding scheduling.

    1.    <u>Proposed by Defendants</u>:

Automatic Document Disclosure under Local Rule 26.2(A) to be done and exchanged by July 16, 2007.

    2.    <u>Proposed by Defendants</u>:

The defendants will serve their written discovery requests, exclusive of Requests for Admissions, on or before August 24, 2007. Requests for Admissions are to be served on or before November 19, 2007.

    3.    <u>Proposed by Defendants</u>:

The defendants will complete all depositions of fact witnesses, including Rule 30(b)(6) witnesses, by November 26, 2007.

    4.    <u>Proposed by Defendants</u>:

The defendants will provide disclosure of non-damages experts in accordance with Fed. R. Civ. P 26(a)(2) by October 22, 2007. Rebuttal experts, if any, will be disclosed in accordance with Fed. R. Civ. P. 26(a)(2) by November 26, 2007.

    5.    <u>Proposed by Defendants</u>:

Dispositive motions shall be filed by December 31, 2007. Oppositions to Summary Judgment Motions will be due four (4) weeks after the Motion is filed. Reply Briefs will be due two (2) weeks thereafter.

6. Proposed by Plaintiff and Defendant:

The defendants propose that oral arguments be heard on any Motions for summary Judgment in March of 2008.

7. Proposed by Defendants:

The defendants propose that a Case Management Conference will be held pursuant to Local Rule 16.3 on April of 2008 provided that the Court has ruled on the Motions for Summary Judgment, for the purpose of exploring the possibility of settlement, for establishing the identification of expert witnesses on the issue of damages, for the scheduling of this matter for Final Pre-Trial Conference and for Trial, and for all other matters deemed appropriate by the Court.

8. Proposed by Defendants:

The defendants propose that a trial by jury be scheduled in mid 2008.

9. Proposed by Defendants:

The defendants do not consent at the present time to trial before a Magistrate Judge.

10. Demand By Plaintiff:

The plaintiff provided to the defendants a copy of his Demand Letter on February 12, 2007 via facsimile. The amount that the plaintiff is seeking is $10,000,000.00.

Respectfully Submitted,
For Defendants Suffolk County Sheriff's Dept.
and Chuck Matter
By their Attorney

/s/ Timothy V. Dooling
Timothy V. Dooling
B.B.O. # 652400
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA  02114

Date: February 12, 2007    (617) 961- 6651