United States District Court, District of Massachusetts

CASE #

02/08/07
Daniel McIntosh
   V.

06-11689-PBS

SUFFOLK COUNTY SHERIFF'S DEPT,
C.O. CHUCK MATTER
C.O. J. VINCELLI

## CLAIM FOR RELIEF

I, DANIEL MCINTOSH, UNDER PAIN AND SUFFERING, HEREBY STATE MY CLAIM FOR RELIEF. THE MISCONDUCT BY PRISON OFFICIALS PRODUCED INJURY ACCOMPANIED BY PHYSICAL OR PSYCHOLOGICAL PAIN; THE PROOF REQUIRED TO ESTABLISH THE UNNECESSARY AND WANTON INFLICTION OF PAIN VARIES ACCORDING TO THE NATURE OF THE CONSTITUTIONAL VIOLATION. HOWEVER, THE ACTION THAT WAS TAKEN WAS MALICIOUS WITH INTENT, I WAS TARGETED. I AM SEEKING RELIEF AND/OR DAMAGES IN SUM OF TEN MILLION DOLLARS ($10,000,000.00).

02/8/07

Sincerely, *[signature]*

Daniel McIntosh Pro Se
25 Gannett Terrace
Sharon, Ma. 02067
781-784-0569
February 8, 2007