**United States District Court, District of Massachusetts**

CASE #

02/08/07

**Daniel McIntosh**
    V.

06-11689-PBS

SUFFOLK COUNTY SHERIFF'S DEPT,
C.O. CHUCK MATTER
C.O. J. VINCELLI

## MOTION TO SUPEONA EVIDENCE

I Daniel McIntosh, give the following as **fact**. While this situation occurred, there were security cameras on both units 4-1 and 4-2. I am asking the court to grant an order retrieving all of the films, even the film in the security camera in the **elevator on unit 4/2**. It will show that at the time of the altercation on June 8, 2005, that I did in fact grab someone by the shirt collar for pulling my shirt over my head and punching me in the eye and running off. The camera will show outside the bathroom that I did grab him, corrections officer Gillespie #792 was standing there watching the whole thing, and grabbed me and told me to let go of the other inmate. The security cameras will also show C.O. Gillespie handcuffing me, without any resistance, whatsoever. The cameras will also show C.O. Gillespie, standing me up on my feet, bringing back down to front of the bathroom up against the wall. The cameras will show that the situation had subsided. The security cameras will further show the S.E.R.T. coming on to unit 4-2. The camera will also show that I was not resisting, I was already in restraints and it will also show the S.E.R.T throwing me to the floor while in restraints for no reason. The camera pointed directly at the control panel on unit 4-2, will show the **sergeant** that was working the unit that night, **turned off the lights.** After I was restrained with handcuffs, the correction officer's, took it upon themselves to maliciously cause psychological and physical pain.

I am not an attorney and I'm representing myself, I apologize for any confusion.

Daniel McIntosh, Pro Se
25 Gannett Terrace
Sharon, MA. 02067
781 784-0569