UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Daniel McIntosh
Plaintiff,

      V.

Chuck Matter, et al
Defendants.

Civil Action Number
05-11689-PBS

February 15, 2007

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/31/07

Summary Judgment Motion filing deadline: 9/15/07

Opposition to Summary Judgment Motions: 9/30/07

Hearing on Summary Judgment or Pretrial Conference: 11/8/07 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk