ATTN, Christine PACH

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PLAINTIFF**

**DANIEL**
**MCINTOSH**
   V.

05-11689 PBS

**DEFENDANT**
**CHUCK MATTER C.O.**
**J.V INCELLI**
**SUFFOLK COUNTY SHERIFF'S**
**DEPARTMENT**

## MOTION TO PRODUCE

   I'm asking the court to enter an order compelling The Suffolk county house of correction and attorney Timothy Dooling, to forward to me a list of inmates that were housed on unit 41 1-15 June 8th 2005 and last known address, due to the fact that they may have discoverable facts pertaining to my case.
   Attached you will fined an affidavit in support of this motion.

                                                            7/10/07
                                                            Daniel McIntosh PR-SE
                                                            25 GANNETT TER.
                                                            SHARON MASS 02067
                                                            7871-784-0569

Signed under the pains and penalties of perjury