Attn: Christine PACH

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**PLAINTIFF**

**DANIEL MCINTOSH**

V.

05-11689 PBS

**DEFENDANT**
**CHUCK MATTER C.O.**
**J.V INCELLI**
**SUFFOLK COUNTY SHERIFF'S DEPARTMENT**

Affidavit

On February 15th 2007 there was a court order, that I receive information that I requested, however the video tape from the sirvalance cameras that I requested now and in the past, Attorney Timothy Dooling stated in the disclosers that the tapes was not in existence. The video tapes would have in fact showed the truth about what transpired on June 8th 2005 and a critical Part of my case. This should be viewed as spoliation of evidence and tenancy of officers to stand up for one another

7/10/07
Daniel McIntosh pro-se
25 Gannett Tre.
Sharon mass 02067
781-784-0569

*[signature]*

Signed under the pains and penalties of Perjury