*Atty Christian Pach*

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

8/7/07
**PLAINTIFF**

**DANIEL MCINTOSH**
V.

05-11689 PBS

**DEFENDANT**
**CHUCK MATTER C.O.**
**J.V INCELLI**
**SUFFOLK COUNTY SHERIFF'S DEPARTMENT**

Motion to withdraw civil action

  After reviewing, and assessing all my resources, I have come to the conclusion that I will not prevail in this civil action. I am not an attorney as of yet! And all the attorneys that I spoke to in regards to my case however were reluctant for some reason or another. I do not want to waist any more of the courts time with something that other people are going to make very difficult for me to do.
  This case was not about money, it was about right and rong and the sheriffs department was rong for what they did to me, and then trying to cover it up by saying I was resisting. The system needs to be improved there are bewildering array of rules and regulation for correction officer that actually masked the incentives for entities like the sheriffs department to misuse the system. I'm an American I believe in the constitution and I have a right to be protected by the costitution

  I do not have the time or the money to go any further with this case, I respectfully withdraw.

*[signature]*
8/7/07